# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200
Holland & Knight LLP | www.hklaw.com

Joshua Cohn
(212) 513-3374
joshua.cohn@hklaw.com

October 28, 2025

<u>VIA ECF</u>
The Honorable Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 3C
Newark, New Jersey 07101

      Re:    *Melissa Schwartz-Nemeth v. Midea America Corporation, et al.*
                Docket No.: 2:25-cv-13515-ES-LDW

Dear Judge Wettre:

      This firm represents Defendant Midea America Corporation ("Midea America")[1] in this action. We write to respectfully request an opportunity to respond to the correspondence submitted by Jason Turchin, Esq., on behalf of Plaintiff, dated October 24, 2025 (ECF No. 24) on or before November 3, 2025.

      Specifically, Plaintiff's letter seeks relief that, under the applicable rules, must be requested by formal motion. However, the letter attempts to circumvent the motion process by presenting the request informally. Pursuant to Your Honor's Order dated October 20, 2025 (ECF No. 23), no motions may be filed without prior leave of the Court. At most, Plaintiff's letter should be treated as a request for such leave.

      Accordingly, Midea America respectfully requests until **Monday, November 3, 2025**, to submit a response addressing both the procedural and substantive issued raised in Plaintiff's letter.

                                      Respectfully submitted,

                                      Joshua Cohn

cc:    All Counsel of Record (*via ECF*)

---

[1] For the avoidance of doubt, our office is not representing Defendant GD Midea Air-Conditioning Equipment Co., Ltd. in this action.

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia | Portland
Richmond | San Francisco | Seattle | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach
#529110079_v4